UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:25-cv-01439-JDE | Date | December 23, 2025 |
|---|---|---|---|
| Title | Robert Mena v. Saigon Center, LLC, et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:** (In Chambers) Order of Dismissal **(JS-6)**

On November 17, 2025, Plaintiff filed a Notice of Settlement advising that the parties "have settled the above-captioned matter as to the entire case" and requesting "the Court grant thirty (30) days . . . for Plaintiff to file dispositional documents." Dkt. 16 ("Notice").

Per the Notice, on November 18, 2025, the Court issued an order staying all pending case-related deadlines and retaining jurisdiction for 30 days, ordering Plaintiff to, within 30 days, file the anticipated Request for Dismissal or a Status Report, and directing that the Court would dismiss the action and administratively close the case without further notice if neither a Request for Dismissal nor a Status Report were filed within 30 days. Dkt. 17 ("Order"). No such document was timely filed.

As such, per the terms of the Order, this action is DISMISSED and administratively closed (JS-6).

IT IS SO ORDERED.

| | Initials of Courtroom Deputy | ARO |
|---|---|---|